382 A.2d 752

Commonwealth v. Miller, Appellant.

Argued June 21, 1977. Kenneth D. Brown, Assistant Public Defender, and Gregory V. Smith, Chief Public Defender, submitted a brief for appellant; Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissents. *Commonwealth v. Stanton*, 239 Pa.Superior Ct. 47, 362 A.2d 355 (1976) (Dissenting Opinion by HOFFMAN, J.) (allocatur granted July 13, 1976).